UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JOHNSON,                                             Case No. 5:06-CV-101

       Petitioner,                                                         Hon. Richard Alan Enslen

v.

WILLIE O. SMITH,
                                                         **ORDER**
       Respondent.         /

       This matter is before the Court on Petitioner Michael Johnson's Objection to United States Magistrate Judge Ellen S. Carmody's Order of January 11, 2007, granting Respondent's Motion for Leave to File Answer Instanter.  This Court reviews the Order for clear error in accordance with 28 U.S.C. § 636(b)(1)(A).

       Petitioner objects to Magistrate Judge Carmody's decision to grant Respondent's Motion for Leave to File Answer Instanter arguing that "Respondent had more than enough time to answer petitioner's petition..." (Obj. at 2.)  Magistrate Judge Carmody granted the Motion finding good cause as Respondent was preparing for a petition for certiorari to be filed in the United States Supreme Court and was unable to complete the answer on the date specified.  As the Court does not find this decision to be clearly erroneous, the Objection will be denied.

       **THEREFORE, IT IS HEREBY ORDERED** that Petitioner Michael Johnson's Objection (Dkt. No. 10) is **DENIED**, and the Order of January 11, 2007 (Dkt. No. 9) is **AFFIRMED**.

                                                    /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:                          RICHARD ALAN ENSLEN
    February 13, 2007                              SENIOR UNITED STATES DISTRICT JUDGE